# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO WILLIAMS,<br><br>        Petitioner,<br><br>        v.<br><br>MIKE MCDONALD, Warden,<br><br>        Respondent. | NO. CV 11-2236 JSL (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 26, 2012.

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE