# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RENO WILLIAMS,          )    NO. CV 11-2236 JSL (FMO)

         Petitioner,    )

         v.         )    **JUDGMENT**

MIKE MCDONALD, Warden,   )

         Respondent.   )

_____ )

      IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 26, 2012.

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE